39366/01245/MHW/TRB

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DEANDRE CRAWFORD, | |
| Plaintiff, | Case Number 14-cv-6211 |
| v. | |
| ANN DAVIS-HUNTLEY, et al., | Honorable Edmond E. Chang |
| Defendants. | |

## MOTION FOR ENTRY OF A QUALIFIED PROTECTIVE ORDER PURSUANT TO HIPAA

Defendants, **ANN HUNDLEY DAVIS, WEXFORD HEALTH SOURCSE, INC. and LATANYA WILLIAMS.**, by their attorneys, **CASSIDAY SCHADE LLP**, and for their Motion, pursuant to 42 U.S.C. § 1320 and 45 CFR Parts 160 and 164 (HIPAA), move this Honorable Court for entry of a Qualified Protective Order (attached hereto as **Exhibit 1**), and in support thereof, state as follows:

1.   Plaintiff has filed a Complaint alleging said Defendants violated his constitutional rights, as protected by 42 U.S.C. § 1983 of the Civil Rights Act, in connection with medical care Plaintiff allegedly received.

2.   Said Defendants, treating physicians, hospitals and other health care providers involved with the care and treatment of Plaintiff are all "covered entities" as defined by 45 CFR 160.103.  HIPAA prohibits covered entities from disclosing protected health information in judicial proceedings other than by authorization or qualified protective order.  45 CFR § 164.512(e).

3. These covered entities are all in possession of "protected health information" ("PHI") as defined by 45 CFR 160.103 and 164.501, in the form of medical records (imaging, test results, insurance documents, notes, orders, labs, correspondence, pathology, etc.) pertaining to Plaintiff.

4. Both the prosecution and defense of this case will require that the parties, their attorneys, their attorneys' agents, consultants, and various witnesses and other personnel receive and review copies of the PHI pertaining to Plaintiff, which is in the treating providers' possession.

Respectfully submitted,

ANN HUNDLEY DAVIS, WEXFORD HEALTH SOURCES, INC. and LATANYA WILLIAMS

By: s/Todd R. Burgett
One of Their Attorneys

Matthew H. Weller, Esq./ARDC No. 6278685
Todd R. Burgett, Esq./ARDC No. 6302976
CASSIDAY SCHADE LLP
20 North Wacker Drive
Suite 1000
Chicago, Illinois  60606
(312) 641-3100
(312) 444-1669 (Fax)
mweller@cassiday.com
tburgett@cassiday.com

8064710 TBURGETT;CLUKA